# MEMORANDUM

To: All Parties
From: Judge Edwin M. Kosik
Date: 4/7/2010
Re: <u>Lobello v. Delaware & Hudson Railway Co.</u>, No. 3:09-CV-548

This is in response to the letter of Mr. Davis concerning problems which may impact trial on our May trial list. (Doc. 20.)

On December 22, 2009, I approved your stipulated discovery times. (Doc. 12.) It projected dates for pre-trial motions and a final pre-trial conference date.

Since then, we have the Motion for Summary Judgment (Doc. 14), which is not yet ripe. Unless I summarily review the Motion with an immediate decision, I don't expect that it will be resolved before a final pre-trial conference.

The above should moot the time concerns of Mr. Davis.

EMK